**Order entered August 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01556-CV

**VAREL INTERNATIONAL INDUSTRIES, L.P., ET AL., Appellants**

**V.**

**PETRODRILLBITS INTERNATIONAL, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-00490**

## ORDER

We **GRANT** appellants' August 18, 2015 unopposed motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellants on August 13, 2015 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
          JUSTICE